ORIGINAL

FILED

04/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0031



FILED

APR 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0031

IN THE MATTER OF THE ESTATE OF:

IAN RAY ELLIOT,  **GRANT OF EXTENSION**

    Deceased.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until May 24, 2023, to prepare, file, and serve the Appellant's brief.

DATED this April 10, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Jenny Jing, Alice Carpenter, Mike Bolenbaugh, Jeffery A. Hunnes, Michael Manning, Joseph Andre Soueidi, Adrianna Potts